No. A–1026.   UNIVERSITY OF TENNESSEE ET AL. *v.* GEIER ET AL.; and

No. A–1051.   TENNESSEE HIGHER EDUCATION COMMISSION *v.* GEIER ET AL.   C. A. 6th Cir.   Applications for stay, presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of these applications.

No. A–1067.   HENRY ET AL. *v.* MISSISSIPPI.   D. C. D. C. Application for stay, or in the alternative for advancement of appeal, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. D–166.   IN RE DISBARMENT OF KAUFMAN.   Disbarment entered.   [For earlier order herein, see 441 U. S. 920.]

No. 27, Orig.   OHIO *v.* KENTUCKY.   Exceptions to Report of Special Master set for oral argument in due course.   [For earlier order herein, see, *e. g.*, 439 U. S. 1123.]

No. 67, Orig.   IDAHO EX REL. EVANS, GOVERNOR OF IDAHO, ET AL. *v.* OREGON ET AL.   Exceptions to Report of Special Master set for oral argument in due course.   [For earlier order herein, see, *e. g.*, 440 U. S. 943.]

No. 83, Orig.   MARYLAND ET AL. *v.* LOUISIANA.   Motion for leave to file bill of complaint granted and defendant shall have 60 days to answer.

No. 84, Orig.   UNITED STATES *v.* ALASKA.   Motion for leave to file bill of complaint granted and defendant shall have 60 days to answer.

No. 77–1724.   BURKS ET AL. *v.* LASKER ET AL., 441 U. S. 471. Motion of respondents to be relieved of costs denied.   MR. JUSTICE REHNQUIST took no part in the consideration or decision of this motion.